**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DWAYNE NEIL**                                                    **CIVIL ACTION**

**VERSUS**                                                             **NO. 26-460**

**RHONDA LEDET, ET AL.**                                    **SECTION "G"(1)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that the Complaint filed by Plaintiff Dwayne Neil is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**NEW ORLEANS, LOUISIANA,** this __3rd__ day of June, 2026.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**